**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN -5 2017

JAMES W. McCORMACK, CLERK
By:_____
                DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 4:17CR 00011 JLH |
| | ) | |
| ANTONIO D. FOWLER | ) | Title 18, U.S.C. § 922(g)(1) |
| | ) | Title 18, U.S.C. § 3571 |
| | ) | Title 18, U.S.C. § 3583 |
| | ) | Title 18, U.S.C. § 3013 |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT 1

A.  Prior to May 3, 2016, in the Eastern District of Arkansas, the defendant,

ANTONIO D. FOWLER,

had previously been convicted of one or more of the following crimes:

1. Possession of Controlled Substance with Intent to Deliver (Marijuana), in Case Number CR 2011-1693, in the Circuit Court of Pulaski County, Arkansas, on or about September 21, 2011;

2. Tampering with Physical Evidence, in Case Number CR 2011-1693, in the Circuit Court of Pulaski County, Arkansas, on or about September 21, 2011;

3. Possession of Drug Paraphernalia, in Case Number CR 2011-1693, in the Circuit Court of Pulaski County, Arkansas, on or about September 21, 2011;

4. Domestic Battering – 3rd, in Case Number CR 2008-000875, in the Circuit Court of Pulaski County, Arkansas, on or about June 17, 2008;

5. Possession of Drug Paraphernalia, in Case Number CR 2005-000482, in the Circuit Court of Pulaski County, Arkansas, on or about May 20, 2005;

6. Possession of Marijuana with Intent, in Case Number CR 2005-000482, in the Circuit Court of Pulaski County, Arkansas, on or about May 20, 2005;

7. Possession of Drug Paraphernalia, in Case Number CR 2005-000482, in the Circuit Court of Pulaski County, Arkansas, on or about May 20, 2005;

8. Maintaining a Drug Premises, in Case Number CR 2005-000482, in the Circuit Court of Pulaski County, Arkansas, on or about May 20, 2005;

9. Breaking or Entering, in Case Number CR 2004-002886, in the Circuit Court of Pulaski County, Arkansas, on or about May 20, 2005.

B. The crimes set forth above in Paragraph A were punishable by a term of imprisonment exceeding one year.

C. On or about May 3, 2016, in the Eastern District of Arkansas, the defendant,

ANTONIO D. FOWLER,

knowingly possessed in and affecting commerce, one or more of the following firearms:

- a Smith and Wesson, 9 mm pistol, Model SW9VE, serial number DVJ9896;

- a Smith and Wesson, .40 caliber pistol, Model 4006, serial number TFF7158.

All in violation of Title 18, United States Code, Section 922(g)(1).


[End of Text.  Signature page attached.]